**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| ROBERT W. MCGAFFIC, IN HIS OWN RIGHT AND AS EXECUTOR OF THE ESTATE OF ELEANOR L. MCGAFFIC, DECEASED, | : No. 331 WAL 2017<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Superior Court |
| Petitioner | : |
| v. | : |
| DOROTHY R. LOVE, EXECUTRIX OF THE ESTATE OF GEORGE G. LOVE, DECEASED, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.